**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| JINGSHU QIAN,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>LORETTA E. LYNCH, Attorney General,<br><br>　　　　　　Respondent. | No. 11-73139<br><br>Agency No. A095-448-816<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 4, 2015[**]
San Francisco, California

Before: THOMAS, Chief Judge and HAWKINS and McKEOWN, Circuit Judges.

　　Jingshu Qian petitions this court to review the Board of Immigration Appeals's

("BIA") denial of his applications for asylum, withholding of removal, and protection

under the Convention Against Torture ("CAT"). The BIA upheld the Immigration

---

　　[*]　　This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

　　[**]　　The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Judge's denial of relief based on an adverse credibility determination. Qian failed to raise his withholding of removal and CAT claims in his briefing before this court. Although he made some general arguments regarding asylum, he failed to address the BIA's reasons for affirming the adverse credibility determination and denying his asylum application. Qian's arguments with respect to ineffective assistance of counsel are not germane to this issue. Qian therefore waived review of all three claims. *See Martinez-Serrano v. I.N.S.*, 94 F.3d 1256, 1259 (9th Cir. 1996) ("Issues raised in a brief that are not supported by argument are deemed abandoned.").

**PETITION DENIED.**